**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>    Defendant. | C.A. No. 1:17-cv-00283-VAC-CJB |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>FASTLY, INC.,<br><br>    Defendant. | C.A. No. 1:17-cv-00284-VAC-CJB |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
<u>WENDY VERLANDER, CHRISTOPHER FREEMAN AND DAVID GERASIMOW</u>**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Wendy Verlander, Christopher Freeman and David Gerasimow of Blackbird Tech LLC d/b/a Blackbird Technologies to represent Blackbird Tech LLC d/b/a Blackbird Technologies in this matter.

Dated:  April 5, 2017

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
     stamoulis@swdelaw.com
Richard C. Weinblatt (No. 5080)
     weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Wendy Verlander, Christopher Freeman and David Gerasimow of Blackbird Tech LLC d/b/a Blackbird Technologies is granted.

Dated: _____

United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. In accordance with Standing Order for District Court Fund effective 07/23/2009, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: 4/4/2017

Wendy Verlander
wverlander@blackbird-tech.com
Blackbird Tech LLC
d/b/a Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617-307-7100

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. In accordance with Standing Order for District Court Fund effective 07/23/2009, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: April 4, 2017

Christopher Freeman
cfreeman@blackbird-tech.com
Blackbird Tech LLC
d/b/a Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617-307-7100

6

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Minnesota and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. In accordance with Standing Order for District Court Fund effective 07/23/2009, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: April 4, 2017

David Gerasimow
dgerasimow@blackbird-tech.com
Blackbird Tech LLC
d/b/a Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617-307-7100