IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>      Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC.,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 17-283-VAC-CJB<br>)<br>)<br>)<br>) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Steven Callahan and Anthony M. Garza, of Charhon Callahan Robson & Garza, PLLC, 3333 Lee Parkway, Suite 460, Dallas, TX, 75219, to represent Defendant Cloudflare, Inc. in this matter.

| | |
|---|---|
| OF COUNSEL:<br>Steven Callahan<br>Anthony M. Garza<br>CHARHON CALLAHAN ROBSON<br> & GARZA, PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, TX 75219<br>(469) 587-7242 | */s/ Jeffrey T. Castellano*<br>Jeffrey T. Castellano (No. 4837)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant* |

Dated: April 12, 2017

2

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Steven Callahan and Anthony M. Garza is granted.

_____
United States Magistrate Judge

Date:_____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of Massachusetts and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Steven Callahan
CHARHON CALLAHAN ROBSON & GARZA
3333 Lee Parkway
Suite 460
Dallas, TX 75219
(469) 587-7240
scallahan@ccrglaw.com

Dated: April 10, 2017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Anthony M. Garza
CHARHON CALLAHAN ROBSON & GARZA
3333 Lee Parkway
Suite 460
Dallas, TX 75219
(469) 587-7242
agarza@ccrglaw.com

Dated: April 10, 2017