IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a <br> BLACKBIRD TECHNOLOGIES, <br> <br> Plaintiff, <br> <br> v. <br> <br> CLOUDFLARE, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-283-VAC-CJB <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) |

## **DEFENDANT CLOUDFLARE, INC.'S MOTION TO DISMISS**

Defendant Cloudflare, Inc. hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies' claim for enhanced damages. The grounds for this Motion are set forth in the opening brief filed contemporaneously herewith.

| | |
|---|---|
| | */s/ Jeffrey T. Castellano* |
| OF COUNSEL: | Jeffrey T. Castellano (No. 4837) |
| Steven Callahan | SHAW KELLER LLP |
| Anthony M. Garza | I.M. Pei Building |
| CHARHON CALLAHAN ROBSON | 1105 North Market Street, 12th Floor |
| & GARZA, PLLC | Wilmington, DE 19801 |
| 3333 Lee Parkway, Suite 460 | (302) 298-0700 |
| Dallas, TX 75219 | jcastellano@shawkeller.com |
| (214) 521-6400 | *Attorneys for Defendant* |

Dated: May 11, 2017