IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 17-283-VAC-CJB<br>)<br>)    **DEMAND FOR JURY TRIAL**<br>)<br>) |

## **DEFENDANT CLOUDFLARE, INC.'S DISCLOSURE STATEMENT**

Defendant Cloudflare, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL:<br>Steven Callahan<br>Anthony M. Garza<br>CHARHON CALLAHAN ROBSON<br> & GARZA, PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, TX 75219<br>(214) 521-6400<br><br>Dated: May 11, 2017 | */s/ Jeffrey T. Castellano*<br>Jeffrey T. Castellano (No. 4837)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant* |