# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE (Wilmington)

| | | |
|---|---|---|
| **BLACKBIRD TECH LLC d/b/a** | : | |
| **BLACKBIRD TECHNOLOGIES,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-283 |
| | : | |
| **CLOUDFLARE, INC.,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW,** this 31st day of May, 2017, it is hereby **ORDERED** that "Defendant's Cloudflare, Inc.'s Motion to Dismiss" (Doc. No. 9) is **DENIED** as moot because an Amended Complaint was filed on May 19, 2017.

                                                    BY THE COURT:

                                                    /s/ Mitchell S. Goldberg

                                                    _____

                                                    **Mitchell S. Goldberg, J.**