## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE (Wilmington)

| | | |
|---|---|---|
| **BLACKBIRD TECH LLC d/b/a** | : | |
| **BLACKBIRD TECHNOLOGIES,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-283 |
| | : | |
| **CLOUDFLARE, INC.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 5th day of June, 2017, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 2:30 p.m. on Wednesday, August 30, 2017, in Chambers, Room 7614 at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**