IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>      Plaintiff,<br><br>      v.<br><br>CLOUDFLARE, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 17-283-MSG<br>)<br>)<br>)<br>) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Grayson Cassada, of Charhon Callahan Robson & Garza, PLLC, 3333 Lee Parkway, Suite 460, Dallas, TX, 75219, to represent Defendant Cloudflare, Inc. in this matter.

| | |
|---|---|
| | */s/ Jeffrey T. Castellano* |
| OF COUNSEL:<br>Steven Callahan<br>Anthony M. Garza<br>Grayson Cassada<br>CHARHON CALLAHAN ROBSON<br> & GARZA, PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, TX 75219<br>(469) 587-7242<br><br>Dated: June 6, 2017 | Jeffrey T. Castellano (No. 4837)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant* |

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Grayson Cassada is granted.

_____
United States District Judge

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Grayson Cassada, Esquire, certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective March 25, 2014, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 5, 2017

*/s/ Grayson Cassada*
Grayson Cassada
CHARHON CALLAHAN ROBSON
 & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, TX 75219
(469) 587-7262
gcassada@ccrglaw.com