IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE (Wilmington)

| | | |
|---|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES, | : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 17-283 |
| CLOUDFLARE, INC., | : <br> : <br> : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7th day of July, 2017, upon consideration of the "Joint Motion to Adjourn Dates for Briefing Defendants' Motions to Transfer" (Doc. No. 26), it is hereby **ORDERED** that the joint motion is **GRANTED**. Defendant shall file a response to the motion to transfer on or before August 3, 2017.

It is further **ORDERED** that the Rule 16 Conference scheduled for August 30, 2017 is **CANCELLED**. If necessary, the conference will rescheduled after resolution of the pending motion.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

1